MICHAEL MALK (SBN 222366)
mm@malklawfirm.com
THE MALK LAW FIRM
1180 South Beverly Drive, Ste 610
Los Angeles, CA 90035
Telephone: (310) 203-0016
Facsimile: (310) 499-5210

CRAIG ACKERMANN (SBN 229832)
cja@laborgators.com
DEVIN COYLE (SBN 267194)
devin@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Driver, Ste 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

Attorneys for Plaintiff
ROBERT MILLS and CHARLES MUNOZ

CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
LISA SCHAPIRA (SBN 252946)
lschapira@kslaw.com
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for Defendant
KEMIRA LOGISTICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MILLS and CHARLES MUNOZ individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEMIRA LOGISTICS, INC., et al.,<br><br>Defendants. | Case No. 5:10-cv-01834-DMG (VBK)<br><br>**PROTECTIVE ORDER AND BELAIRE NOTICE** |

Pursuant to Fed. R. Civ. P. 26(c)(1), Plaintiffs Robert Mills and Charles Munoz (collectively "Plaintiffs") and Defendant Kemira Logistics, Inc. ("Defendant") (Plaintiffs and Defendant referred to individually as "party" or collectively as "parties") by and through their counsel stipulated and agreed to the following Protective Order and Belaire Notice, and requested that the Court enter an order approving it (the "Order"):

WHEREAS, Plaintiffs have requested the names and a last known address and phone number for each proposed class member, for purposes of conducting discovery relative to the claims alleged in Plaintiffs' complaint, including their class action allegations;

WHEREAS, Defendant has objected to the automatic provision of this information on grounds of privacy;

WHEREAS, the parties have agreed to resolve their dispute by issuance of a *Belaire* notice providing an opt-out procedure that permits proposed class members to indicate whether they want their personal contact information shared with Plaintiffs' counsel.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. A notice in substantially the same form attached hereto as Exhibit A shall be sent to the last known addresses of persons employed in the position of truck driver by Defendant in California at any time from October 15, 2006 to the present ("the notice class").

2. Gilardi & Co., LLC, 3301 Kerner Blvd., San Rafael, CA 94901 ("Gilardi" or "Administrator") shall be appointed the third party administrator to issue the notice.

3. The notice process shall be administered as follows.

    a. Defendant shall provide to the Administrator a list of the last known names, addresses and phone numbers for the notice class no later than seven

(7) days after notice of entry of an Order approving the notice and opt-out procedure.

      b.      Notices shall be printed and mailed to the notice class as soon as practical by the Administrator, but no later than three (3) business days after receiving the putative class list from Defendant. The Administrator shall run the names and addresses through the NCOA database before mailing.

      c.      The opt-out period shall expire 30 days after the date the notices are mailed.

      d.      For any notice returned as undeliverable during the opt-out period, the Administrator will perform a skip/trace and mail the notice to any new address(es) obtained as a result of the skip/trace. The Administrator shall not respond to any communication received from any recipient of the notice.

      e.      Seven (7) days after expiration of the opt-out period, the Administrator shall provide Plaintiffs' counsel and Defendant's counsel with a list of notice class members (including their last known addresses and phone numbers) that excludes all notice class members who objected to the sharing of their contact information with Plaintiffs' counsel.

      f.      Any contact information Plaintiffs' counsel of record obtains through this notice process shall not be provided to either of the individually-named Plaintiffs nor any other person without a prior order of the Court. This contact information shall be available to and shall be used only by Plaintiffs' counsel of record and those of their employees reasonably necessary for the purposes of conducting discovery only concerning the claims in Plaintiffs' complaint in the above-captioned matter.

      4.      Defendant's agreement to and participation in this notice process is not and shall in no way be construed as a concession or agreement that this case is appropriate for class action treatment or that any class of current or former employees of Defendant can, should or may be certified. Defendant does not waive

1 but expressly preserves any and all objections to any class definition Plaintiffs might present to the Court in this matter whether in conjunction with a motion for class certification, at trial or at any other point during the case.

**IT IS SO ORDERED.**

DATED: June 14, 2011

          /S/
VICTOR B. KENTON
U.S. MAGISTRATE JUDGE