CRAIG J. ACKERMANN (Bar No. 229832)
  cja@laborgators.com
DEVIN COYLE (Bar No. 267194)
  devin@laborgators.com
**ACKERMANN & TILAJEF, P.C.**
1180 South Beverly Drive, Suite 610
Los Angeles, CA  90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

MICHAEL MALK, ESQ., APC (Bar No. 222366)
  mm@malklawfirm.com
**MALK LAW FIRM**
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile:  (310) 499-5210

Attorneys for Plaintiffs and the putative Class

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MILLS and CHARLES MUNOZ, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>         v.<br><br>KEMIRA LOGISTICS, INC., and DOES 1 through 100, inclusive,<br><br>                    Defendants. | CASE No. 5:10-cv-1834-DMG(VBKx)<br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL MALK  IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Hon. Dolly M. Gee<br>Dept:   7<br>Date:   November 11, 2011<br>Time:   2:00 p.m. |

## DECLARATION OF MICHAEL MALK

I, Michael Malk, declare and say as follows:

1. I am an attorney at law duly licensed to practice law in California and admitted to practice before this court. I am a principal of Michael Malk, Esq. APC, co-counsel of record for Plaintiffs in this matter. I have personal, firsthand knowledge of the following facts and if called as a witness, I could and would testify competently to the same.

2. I am over 18 years of age. I have personal knowledge of the facts set forth in this declaration and could and would testify competently thereto.

3. I have no knowledge of the existence of any conflict of interest between Plaintiffs' Counsel and Plaintiffs, on the one hand, and any putative Class member, on the other hand. Plaintiffs' Counsel have the financial resources to litigate this case to final judgment and beyond.

4. On October 4, 2011, I attended the deposition of Gary Ericson. Attached hereto as **Exhibit A** are true and correct copies of relevant excerpts from Mr. Ericson's deposition transcript.

5. On October 4, 2011, I attended the deposition of Jeff Munger. Attached hereto as **Exhibit B** are true and correct copies of relevant excerpts from Mr. Munger's deposition transcript.

6. On October 4, 2011, I attended the deposition of Raymond Topham. Attached hereto as **Exhibit C** are true and correct copies of relevant excerpts from Mr. Topham's deposition transcript.

7. On October 4, 2011, I attended the deposition of Michael Ochoa. Attached hereto as **Exhibit D** are true and correct copies of relevant excerpts from Mr. Ochoa's deposition transcript.

8. On September 19, 2011, Devin Coyle, an associate with Ackermann & Tilajef, P.C. (my co-counsel in this case), attended the deposition of Alan Glau. Attached

hereto as **Exhibit E** are true and correct copies of relevant excerpts from Mr. Glau's deposition transcript.

9.      On September 20, 2011, I attended the deposition of Carolin Olson. Attached hereto as **Exhibit F** are true and correct copies of relevant excerpts from Ms. Olson's deposition transcript.

10.     On September 14, 2011, Devin Coyle attended the deposition of Terrence Gee. Attached hereto as **Exhibit G** are true and correct copies of relevant excerpts from Mr. Gee's deposition transcript.

11.     Attached hereto as **Exhibit H** is a true and correct copy of the Belaire Notice that was used in this case.

12.     On June 28, 2011, I attended the deposition of Plaintiff Robert Mills. Attached hereto as **Exhibit I** are true and correct copies of relevant excerpts from Mr. Mills' deposition transcript.

13.     In 1998, I received a B.A. from U.C. Santa Barbara, and in 2002, I received a J.D. from the U.C. Davis School of Law. I became a member of the Bar of the State of California in 2002.

14.     From August 2002 through June 2003, I worked for the Law Office of Neal T. Wiener, where I researched and wrote motions and writs in complex business litigation cases and class actions.

15.     From June 2003 through August 2007, I was an associate with the firm of Eisenberg & Associates, a plaintiffs' employment law firm, where I handled every aspect of employment wage and hour litigation including client interviews, drafting and filing complaints, drafting and responding to written discovery, taking and defending over sixty depositions, regularly opposing and arguing summary judgment motions, extensive trial preparation and trial assistance work.

16.     In August 2007, I started my own practice, in which I concentrate primarily on wage and hour class actions, and most of my case load consists of wage and hour class actions and multi-plaintiff cases.

SUPPLEMENTAL DECLARATION OF MICHAEL MALK IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION

17.     On June 25, 2008, the Honorable Elizabeth A. White found me to be adequate counsel in connection with granting preliminary and final approval of the class action settlement in the case of *Arcela et al v. Pacific American Fish Company, Inc., Los Angeles Superior Court Case No. BC376255*. The Arcela case was a class action on behalf of truck drivers for failure to provide meal breaks, waiting time violations (Cal. Labor Code § 226), failure to pay overtime, and violations of Cal. Business and Professions Code § 17200, et seq.

18.     On February 18, 2009, in connection with the case of *Espinoza v. Domino's Pizza, LLC* – a case in which I am lead counsel – the Honorable Virginia Phillips granted Plaintiffs' Motion for Class Certification (and found me to be adequate counsel) based on class claims on behalf of truck drivers for failure to provide drivers with meal breaks, failure to compensate drivers for time worked in connection with pre- and post- trip inspections, and related penalties. I have taken and defended multiple depositions in the case, and we successfully opposed a Petition to the 9th Circuit Court of Appeals for Permission to Appeal the class certification order.

19.     On April 14, 2009, the Honorable Valerie B. Fairbank approved me as adequate and competent class counsel in her final approval of the class action settlement in *Cetz et al v. Plycon Van Lines, Inc. Case No. 2:08-CV-1492 VBF*. The Cetz case is a class and collective action on behalf of a class of warehouse employees for overtime, waiting time violations (Cal. Labor Code § 203), itemized wage statement violations (Cal. Labor Code § 226), unlawful payroll deductions for uniforms and violations of Cal. Business and Professions Code § 17200, et seq.

20.     On March 10, 2010, the Honorable Helen Bendix, in the case of *Branch et al v. Trimac Transportation Services (Western), Inc., Los Angeles County Superior Court Case Number BC393545*, appointed me as class counsel (and found me to be competent and adequate) in connection with granting final approval to a class action settlement regarding meal break claims on behalf of a class of truck drivers.

SUPPLEMENTAL DECLARATION OF MICHAEL MALK IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION

1    21.    On April 23, 2010, in the case of *Barrett et al v. Doyon Security Services,*

2  *LLC, San Bernardino Superior Court Case Number BS900199*, Commissioner Kirtland

3  Mahlum appointed me as co-counsel in conjunction with finally approving a class action

4  settlement regarding overtime, meal and rest breaks on behalf of security guards.

5    22.    On August 12, 2010 in the case of *Carson et al v. Knight Transportation,*

6  *Inc., Tulare County Superior Court Case Number 09-234186*, the Honorable Lloyd Hicks

7  granted Plaintiffs' Motion for Class Certification and found me to be adequate counsel in

8  a wage and hour class action on behalf of a class over 2,000 employees.

9    23.    On January 11, 2011, in the case of *Lanuza et al. v. Linde, Inc., Los Angeles*

10  *County Superior Court Case Number BC392871*, the Honorable Gregory Alarcon

11  appointed me as co-class counsel in conjunction with finally approving a class action

12  settlement regarding meal break claims on behalf of a class of employees.

13    24.    On May 2, 2011, in the case of *Monreal v. The Jacmar Companies, Inc., Los*

14  *Angeles County Superior Court Case Number BC436027,*the Hon. William Highberger

15  appointed me as co-class counsel in conjunction with preliminarily approval a settlement

16  regarding meal break claims on behalf of a class of employees.

17    25.    On July 26, 2011, in the case of *Barrett et al. v. Floyds 99-California, LLC*

18  *Los Angeles Superior Court Case No. BC422014*, the Hon. Ralph Dau appointed me as

19  class counsel in connection with its order granting a contested class certification motion.

20    26.    On  August 16, 2011, in the case of *Anderson v. Andrus Transportation, San*

21  *Bernardino County Superior Court Case No. CIV DS 915878*, the court appointed me as

22  co-class counsel in connection with its order granting a contested class certification

23  motion.

24    27.    I am a member of the California Employment Lawyer's Associate

25  ("CELA"), as well as a member of CELA's Wage and Hour Committee. I am also a

26  member of the Labor and Employment Section of the Los Angeles County Bar

27  Association, and the Employment Section of the State Bar of California.

28

28.     Plaintiffs Robert Mills and Charles Munoz have worked with my office and with my co-counsel's office in prosecuting this action, and have provided valuable information to enable the continued prosecution of this action. They have assisted in investigating this case and in helping to provide background information, and I believe they will fairly and adequately represent the interests of the Class. The interests of Messrs. Munoz and Mills are not antagonistic to the Class. Moreover, based on extensive discussions with my office and my co-counsel's office, both Messrs. Mills and Munoz sufficiently understand the litigation and the basic theories of the case.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed October 13, 2011 in Los Angeles, California.

By:  *Michael Malk*
     Michael Malk, Esq.
     Attorneys for Plaintiffs