# EXHIBIT H

**[Third Party Administrator Letterhead]**

<u>Robert Mills and Charles Munoz v. Kemira Logistics, Inc.</u>
U.S. District Court for the Central District of California
Case No. 5:10-cv-01834-DMG (VBK)

A lawsuit has been filed against Kemira Logistics, Inc. ("Kemira") by Robert Mills and Charles Munoz ("Plaintiffs"), two former truck drivers who seek to assert claims on behalf of themselves and other current and former truck drivers employed by Kemira in California since October 15, 2006.  The lawsuit is titled <u>Robert Mills and Charles Munoz, individually and on behalf of all others similarly situated v. Kemira Logistics, Inc.</u>, and is pending in the United States District Court for the Central District of California as case number 5:10-cv-01834-DMG (VBK).

**What This Is About.**

Mills and Munoz contend that, from October 15, 2006 through the present, drivers at Kemira were not provided with and did not take meal breaks as required by California law.  Mills and Munoz claim that they and all other former and current drivers employed by Kemira in California since October 15, 2006 are entitled to recover damages, including wages, penalties and attorneys' fees for this and related claims.  Accordingly, Mills and Munoz intend to ask the Court to certify this case as a class action, which if successful following trial, would permit them to recover alleged damages as well as penalties and attorneys' fees for themselves and on behalf of all current and former truck drivers employed by Kemira in California at any time since October 15, 2006.

Kemira denies Mills and Munoz's claims and maintains that at all relevant times it authorized and permitted its employees to take meal breaks in compliance with California law.  Kemira further denies that this case is appropriate for class action treatment and contends that neither Mills nor Munoz are entitled to recover any damages, penalties or attorneys' fees for themselves or on behalf of anyone else.

This case has not yet been certified as a class action.  At this time, the parties are in the process of investigating Mills' and Munoz's claims.  Accordingly, the Court has <u>not issued any opinion</u> regarding whether or not Mills and Munoz may recover wages, damages, penalties, and attorneys' fees for themselves and/or on behalf of other current or former employees of Kemira.

**Why You Are Receiving This Notice and How to Respond.**

Plaintiffs have asked Kemira to provide your name, address and phone number so that their attorneys can use this information to contact and communicate with you regarding your experience with Kemira solely as it relates to the claims in this lawsuit, including their claim that this case should be certified as a class action.  To protect your privacy, you are being sent this notice so that you may decide whether or not you want your name, address and phone number provided to Mills and Munoz's attorneys.

**If you do nothing or fail to respond to this notice by _____, 2011, your name, address and phone number <u>will</u> be provided to Plaintiffs' attorneys and you may be contacted by them.**

**If you do <u>not</u> want your name, address and phone number provided to Plaintiffs' attorneys, <u>you MUST do at least ONE of the following</u>:**

1) Sign and mail the enclosed prestamped postcard no later than _____, 2011;

    **OR**

2) Send an e-mail, a fax **OR** mail a letter no later than _____, 2011 to the following person, notifying them that you do **not** want your information provided to Plaintiffs' attorneys:

    [Name]        _____
    [Address]     _____
    [Address]     _____
    [Fax]         _____
    [E-mail]      _____

You are under no obligation to provide information or to discuss this matter with Plaintiffs' attorneys.  Your rights to any recovery permitted following trial of this lawsuit, if it is certified as a class action, will not be affected, nor will your support or lack of support for this lawsuit be inferred, if you decline to have your contact information shared with or to speak with attorneys for Plaintiffs.

**Likewise, Kemira will not retaliate against you in any way should you choose to permit your contact information to be shared with attorneys for Mills and Munoz or should you speak with any attorney regarding this lawsuit.**

The attorneys representing Plaintiffs in the litigation are:

| | |
|---|---|
| Michael Malk, Esq. | Craig Ackermann, Esq. |
| The Malk Law Firm | Ackermann & Tilajef, P.C. |
| 1180 South Beverly Drive, Ste 610 | 1180 South Beverly Driver, Ste 610 |
| Los Angeles, CA  90035 | Los Angeles, CA 90035 |
| Telephone: (310) 203-0016 | Telephone: (310) 277-0614 |
| Facsimile:  (310) 499-5210 | Facsimile: (310) 277-0635 |
| mm@malklawfirm.com | cja@laborgators.com |

The attorneys representing Kemira in the litigation are:

Cheryl A. Sabnis
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, California  94105
Telephone: (415) 318-1250
Facsimile: (415) 318-1300
csabnis@kslaw.com

**THIS NOTICE IS NOT A COMMUNICATION FROM THE COURT AND IT IS NOT AN EXPRESSION OF ANY OPINION BY THE COURT AS TO THE MERITS OF THE CLAIMS OR DEFENSES BY EITHER SIDE IN THE LAWSUIT.  <u>PLEASE DO NOT CONTACT THE COURT ABOUT THIS MATTER</u>.**

[POSTCARD]

**RETURN THIS FORM IF YOU OBJECT TO PROVIDING YOUR CONTACT INFORMATION TO ATTORNEYS FOR MILLS AND MUNOZ**

Mills / Munoz v. Kemira Logistics Claims Administrator
c/o _____
_____
_____

I, _____, do **NOT** give permission for my name and contact information to be released to attorneys for Plaintiffs.

If you **do not** want your name, phone number and home address provided to Plaintiffs' attorneys, you must sign and mail this postcard on or before _____, 2011.

Name and Address Changes
_____
_____
_____

**Please sign and print your name:** _____   _____   _____
                                                **Signature**             **Print Name**          **Date**